**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2387**

CHUKWUMA E. AZUBUKO,

            Plaintiff - Appellant,

      v.

MASSACHUSETTS' COMMISSION AGAINST DISCRIMINATION,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:04-cv-00402-GBL-TRJ)

Submitted:  April 30, 2012              Decided:  May 8, 2012

Before AGEE, DAVIS, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Chukwuma E. Azubuko, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chukwuma E. Azubuko appeals the district court's order denying his motion seeking consideration of his case by a three-judge panel, pursuant to 28 U.S.C. § 2284 (2006). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Azubuko v. Mass. Comm'n Against Discrimination, No. 1:04-cv-00402-GBL-TRJ (E.D. Va. Nov. 9, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED